**Order entered March 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-18-00966-CV

---

**BAYLOR SCOTT & WHITE HEALTH, ET AL., Appellants**

**V.**

**PATRICK ROUGHNEEN, M.D., ET AL., Appellees**

---

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-14053**

---

## ORDER

Before the Court is appellees' March 20, 2019 unopposed motion for an extension of

time to file their brief. We **GRANT** the motion and extend the time to **April 23, 2019**.

/s/     ROBERT D. BURNS, III
       CHIEF JUSTICE